UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:                                                                                      CASE NO. 24-11106-SMG

LESLIE ROAD ASSOCIATES, LLC,                                        CHAPTER 7

      Debtor.
_____/

## CORPORATE OWNERSHIP STATEMENT

COMES NOW the Debtor, by and through undersigned counsel, and provides this Corporate Ownership Statement, and states:

1. No corporations directly or indirectly own more than 10% of the Debtor which is a Business Trust.

2. There are no entities to report under FRCP 1007(a)(1) or 7007.1.

The undersigned corporation further acknowledges its duty to file a supplemental statement promptly upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Corporate Ownership Statement was furnished on the 6th day of February, 2024, via CM/ECF to all persons authorized to receive notices, electronically, as set forth on the attached Service List and/or by U.S. Mail, postage prepaid, to all parties listed on the attached Service List who are not authorized to receive notices, electronically, through the Court's CM/ECF system, including the Debtor.

**S I S K I N D   L E G A L, P L L C**

      */s/ Jeffrey M. Siskind*

Jeffrey M. Siskind, Esq.   FBN 138746
1629 K Street, Ste. 300, NW  Washington, DC  20006
113 N. Monroe Street, 1st Floor  Tallassee, Florida  32301
3465 Santa Barbara Drive  Wellington, Florida  33414
TELEPHONE (561) 791-9565  FACSIMILE   (561) 791-9581
Emails:   jeffsiskind@msn.com & jeffsiskind@gmail.com

## SERVICE LIST

Case Number: 24-11106-SMG

Richard and Francis Hill
474 Wallace Road
Wexford, PA 15090

Adams Township
PO Box 1230
Mars, PA 16046

Edward Spontak Esq.
437 Grant St. Suite 200
Pittsburgh, PA 15219

Alex and Mary Primus
517 Meadow Lane
Clinton, PA 15026

Mars School District
PO Box 1230
Mars, PA 16046

Jacob A. Deane Esq.
437 Grant St. Suite 620
Pittsburgh, PA 15219

Butler County
124 W. Diamond St
PO Box 1208
Butler, PA 16003

Jon R. Perry Esq.
437 Grant St. Suite 200
Pittsburgh, PA 15219