UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

LESLIE ROAD ASSOCIATES, LLC,                    Case No. 24-11106-SMG

  Debtor.                                       Chapter 7
_____/

**<u>EX PARTE MOTION TO AMEND PETITION TO CORRECT DEBTOR'S NAME</u>**

    Debtor, by and through undersigned counsel files this Ex Parte Motion to Amend Petition to Correct Debtor's Name pursuant to Local Bankruptcy Rule 1009-1(B), and states:

    1.    Debtor filed amended schedules on March 14, 2024 for the purpose of adding Debtor's attorney's name and signature to the petition. Debtor's attorney inadvertently left this information out of the first filed petition when he filed it. Debtor's counsel's signature and information was added to page 5 of the petition.

    2.    At the same time as the petition was amended, Debtor amended Schedule A/B, Part 2, to reflect its prepaid attorney fees in the amount of $1,800 and Part 11 to list 'possible oil gas and mineral rights' with an unknown value that were previously listed in Part 9 in an effort to make the schedule more accurate.

    3.    Debtor also amended Schedule D, Part 2 to add a claim in the amount of $2,338 for creditor Frank Zokaites and its Statement of Financial Affairs, Part 6 to reflect the prepetition payment to undersigned counsel and the case filing fee.

    4.    The addition of Debtor's counsel's name was accomplished to correct an inadvertent error and the other changes to the Debtor's schedules were made to increase accuracy of Debtor's entries.

    5.    Debtor requests that the Court permit the above revisions and moves pursuant to Local Rule 1009-1(B) for leave to amend the Debtor's schedules.

WHEREFORE, Debtor requests leave of Court to amend its petition, and for such other and further relief as appropriate.

**S I S K I N D ,   P L L C**

/s/ Jeffrey M. Siskind
Jeffrey M. Siskind, Esq.   FBN 138746
*Counsel for Debtor*
3465 Santa Barbara Drive   Wellington, Florida  33414
TELEPHONE  (561) 791-9565   FACSIMILE  (561) 791-9581
Email:  jeffsiskind@msn.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this 17th day of March 2024, a true and correct copy of the foregoing was filed via electronic filing using the Florida Courts E-Filing Portal system which sent e-mail notification of such filing to those creditors and other appropriate parties on the following Service List, and that those parties which are not registered on CM/ECF were served by U.S. Mail.

By: _/s/ Jeffrey M. Siskind_
Jeffrey M. Siskind, Esq.   FBN 138746

## SERVICE LIST

Leslie S. Osborne, CH7 Trustee, 1300 N. Federal Highway, Suite 203, Boca Raton, FL 33432

Office of the United States Trustee, 51 S.W First Avenue, Room 1204, Miami, FL 33130

Adams Township, P.O. Box 1230, Mars, PA 16046

Edward Spontak Esq., 437 Grant St., Suite 200, Pittsburgh, PA 15219

Alex and Mary Primus, 517 Meadow Lane, Clinton, PA 15026

Mars School District, P.O. Box 1230, Mars, PA 16046

Jacob A. Deane Esq., 437 Grant St., Suite 620, Pittsburgh, PA 15219

Butler County, 124 W. Diamond St., P.O. Box 1208, Butler, PA 16003

Jon R. Perry Esq., 437 Grant St., Suite 200, Pittsburgh, PA 15219