UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

CASE NO: 24-11106-SMG

LESLIE ROAD ASSOCIATES, LLC,

Chapter 7

Debtor.
_____/

## MOTION TO APPEAR PRO HAC VICE

I, Eyal Berger ("Movant"), a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, request that this court admit *pro hac vice* David W. Ross ("Visiting Attorney"), an attorney admitted to practice and currently in good standing in the United States District Court for the Western District of Pennsylvania, the United States Court of Appeals for the Third, Fourth and Ninth Circuits and the Supreme Court of the United States, and qualified to practice in this court, who proposes to act as counsel for Richard and Frances Hill ("Clients") in the case listed above, and in any adversary proceedings therein in which the Visiting Attorney appears on behalf of such Clients.

I am aware that the local rules of this court require a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court to act as local counsel for such Clients, unless the court specifically authorizes an attorney not so admitted to act as local counsel. I understand that local counsel is required to participate in the preparation and presentation of, and accept service of all papers in, the case identified above and any adversary proceedings in which the Visiting Attorney appears on behalf of such Clients.

I am a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, and agree to act as local counsel for the above-referenced Clients in this case and in any adversary proceedings in this case in which the Visiting Attorney appears on behalf of the Clients. I understand that I am required to participate in the preparation and the presentation of the case above and any such adversary proceedings and to accept service of all papers served in such case and proceedings.

75244163;1

The order granting this Motion will serve to admit the Visiting Attorney to practice in the case noted above on behalf of the Clients and in any adversary proceedings in that case in which the Visiting Attorney appears on behalf of such Clients. I understand that if I decline to serve as local counsel in any such adversary proceeding, separate local counsel must file an additional *Motion to Appear Pro Hac Vice*, and that absent such separate motion and an order of this court approving the same I will continue to act as local counsel for the Clients in all such proceedings.

The affidavit of the Visiting Attorney required under Local Rule 2090-1(C)(2) is filed concurrently herewith.

WHEREFORE, upon the foregoing representations, Movant respectfully requests an order of this court authorizing the Visiting Attorney to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of the Clients and indicating Movant as local counsel for the Clients, and for such other and further relief as may be just.

Dated: March 20, 2024

        Eyal Berger
        AKERMAN LLP
        201 East Las Olas Boulevard, Suite 1800
        Fort Lauderdale, FL 33301
        Main Tel. Number: (954) 463-2700
        Direct Dial Tel. Number: (954) 712-6071
        Facsimile Number (954) 463-2224
        E-mail Address: eyal.berger@akerman.com
        Florida Bar No. 011069

        By: /s/ Eyal Berger
            Eyal Berger, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF System to all parties who receive notice by electronic mail through the Court's CM/ECF system on March 20, 2024.

        By: /s/ Eyal Berger
            Eyal Berger, Esq.

**Affidavit of Proposed Visiting Attorney**

I, David W. Ross, am a member in good standing of the bar of the State of Pennsylvania. I am a member in good standing of the bar of the United States District Court for the Western District of Pennsylvania, the United States Court of Appeals for the Third, Fourth and Ninth Circuits and the Supreme Court of the United States, but am not admitted to the bar of the United States District Court for the Southern District of Florida. I certify that I have never been disbarred, that I am not currently suspended from the practice of law in the State of Florida or any other state, and that I am not currently suspended from the practice of law before any United States Court of Appeals, United States District Court, or United States Bankruptcy Court. I certify that I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

I hereby request authority to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of Richard and Frances Hill ("Clients"). I designate Eyal Berger ("Local Counsel"), who is qualified to practice in this court, as local counsel for the Clients. I understand that Local Counsel is required to participate in the preparation and the presentation of the case above and any adversary proceedings in which I appear on behalf of such Clients, and accept service of all papers served in such case and proceedings, unless and until other local counsel is designated and accepts such designation by filing a separate *Motion to Appear Pro Hac Vice* on my behalf.

I certify that I am familiar with and shall and shall be governed by the local rules of this court, the rules of professional conduct and all other requirements governing the professional behavior of members of the Florida Bar.

Dated: March 20, 2024

David W. Ross
BERNSTEIN-BURKLEY, P.C.
601 Grant Street, 9th Floor
Pittsburgh, PA 15219-1900
Main Tel. Number: (412) 456-8100
Direct Dial Tel. Number: (412) 456-8126
Facsimile Number: (412) 456-8135
E-mail Address: dross@bernsteinlaw.com
PA ID No. 62202

By: /s/ David W. Ross
      David W. Ross, Esq.

LF-44 (rev. 04/11/23)