

**ORDERED in the Southern District of Florida on March 20, 2024.**

*Scott M. Grossman, Judge*
*United States Bankruptcy Court*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

IN RE:

LESLIE ROAD ASSOCIATES, LLC,

          Debtor.
_____/

CASE NO: 24-11106-SMG

Chapter 7

## ORDER ADMITTING ATTORNEY PRO HAC VICE

This matter came before the court without a hearing on the Motion to Appear Pro Hac Vice [ECF No. 19]. The court having reviewed the motion and good cause appearing, it is

**ORDERED** that David W. Ross ("Visiting Attorney") may appear before this court *pro hac vice* as counsel for Richard and Frances Hill ("Clients") in this case and in each adversary proceeding in this case where Visiting Attorney appears on behalf of Clients, subject to the local rules of this court. Visiting Attorney shall include the certification required by Local Rule 9011-4(B)(2) in all papers filed with this court.

Visiting Attorney may apply to become a registered user of CM/ECF in this district with full filing privileges in this case and in any other case in which this court has entered an order admitting Visiting Attorney *pro hac vice*.

The following attorney ("Local Attorney") is designated as the attorney qualified to practice in

this court with whom the court and other counsel may readily communicate and upon whom papers may be served:

> Eyal Berger
> AKERMAN LLP
> 201 East Las Olas Boulevard, Suite 1800
> Ft. Lauderdale, FL 33301
> Main Tel. Number: (954) 463-2700
> Direct Dial Tel. Number: (954) 712-6071
> Facsimile Number (954) 463-2224
> E-mail Address: eyal.berger@akerman.com
> Florida Bar No. 011069

Local Attorney shall act as the local attorney as required by Local Rule 2090-1(C)(2) in this case and in each adversary proceeding in this case in which the Visiting Attorney appears on behalf of the Clients. If Local Attorney declines to serve as the local attorney in any such adversary proceeding, a separate local attorney must file an additional *Motion to Appear Pro Hac Vice*, and absent such separate motion and an order of this court approving the same Local Attorney will continue to act as local attorney for the Client(s) in all such proceedings.

###

**Submitted by:**

Eyal Berger, Esq.
**AKERMAN LLP**
*Local Counsel for Richard and Frances Hill*
201 East Las Olas Blvd., Suite 1800
Fort Lauderdale, Florida 33301
Tel: (954) 463-2700
Fax: (954) 463-2224
eyal.berger@akerman.com

**COPIES TO:**

David. W. Ross, Esq.

Eyal Berger, Esq., who shall serve a copy of this order on the United States Trustee, all parties who have filed appearances in this case, and all parties who have appeared in each applicable adversary proceeding, and shall file a certificate of service thereof.