

**ORDERED in the Southern District of Florida on March 20, 2024.**

_____
**Scott M. Grossman, Judge
United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                                          CASE NO.: 24-11106-SMG

Leslie Road Associates, LLC,                    CHAPTER 7
        Debtor(s).
_____/

### ORDER TRANSFERRING CASE
### TO WESTERN DISTRICT OF PENNSYLVANIA

**THIS MATTER** came before the Court for a hearing on March 20, 2024, upon the *Motion to Transfer Venue to Western District of Pennsylvania*[1] filed by Creditors Frances Hill and Richard Hill. Having considered the Motion to Transfer Venue, the Debtor's Response,[2] and the argument of counsel presented at the hearing and for the reasons stated on the record at the hearing, it is **ORDERED** that:

1.    The Motion to Transfer Venue is **GRANTED**.

---

[1] ECF No. 7.
[2] ECF No. 18.

2. The Clerk of Court is directed to transfer the above-captioned bankruptcy case to the U.S. Bankruptcy Court for the Western District of Pennsylvania.

3. The meeting of creditors under 11 U.S.C. § 341 scheduled for March 26, 2024, in the Southern District of Florida is cancelled.

###

Copies furnished to:

*Eyal Berger, Esq., who shall serve a copy of this Order on all interested parties and file a certificate of service thereof.*