

ORDERED in the Southern District of Florida on March 29, 2024.

_____
**Scott M. Grossman, Judge**
**United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                               CASE NO. 24-11106-SMG

LESLIE ROAD ASSOCIATES, LLC,                         CHAPTER 7

    Debtor.

_____/

### ORDER ON MOTION TO AMEND PETITION

THIS CAUSE came before the Court on March 20, 2024 at 10:00 a.m. upon Debtor's Ex Parte Motion to Amend Petition to Correct Debtor's Name (ECF 16), and the Court having reviewed the Motion and being otherwise fully informed in the premises does, be it

ORDERED AND ADJUDGED that:

1.    Debtor's Motion is GRANTED.

2.    Debtor shall file its amended petition and separately file its schedules.

                                  ###

Prepared by:
Jeffrey M. Siskind, Esquire SISKIND PLLC
*Attorneys for Debtor*
3465 Santa Barbara Drive Wellington, FL 33414
TEL (561) 352-9166
jeffsiskind@msn.com

Attorney Siskind is directed to serve this order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.